UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

BOBBY RAY CURRY, JR.,           Civil No. 09-2104 (JRT/JJK)

              Petitioner,

v.                               **ORDER ADOPTING REPORT AND RECOMMENDATION**

SCOTT P. FISCHER,

              Respondent.

---

Bobby Ray Curry, Jr. #11324-042, FCI-Sandstone (B-Unit), Post Office Box 1000, Sandstone, MN 55072, pro se petitioner.

Gregory Brooker and Michael Dees, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated April 21, 2010. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 9], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that:

    1. The Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 by a Person in Federal Custody [Docket No. 1], is **DENIED**; and

    2.     This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: May 18, 2010                     ___s/ John R. Tunheim_____
at Minneapolis, Minnesota                  JOHN R. TUNHEIM
                                            United States District Judge